# United States District Court
## Southern District of Alabama

EDMOND HUDMOND SMITH, IV

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: CV 119-223

SAINT PAUL TRAVELERS COMPANY, INC., et al.

    Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Order of this Court entered on August 26, 2019, the Report and Recommendation of the Magistrate Judge is ADOPTED as the opinion of this Court. Therefore, the Court DISMISSES this case without prejudice, and CLOSES this civil action.

August 26, 2019                                     CHARLES R. DIARD, JR.
Date                                                                         Clerk

*Tammy Thornton*
(By) Deputy Clerk